■ In the Matter of Robert Bliss, Petitioner, v Anthony J. Annucci, as Acting Commissioner of Corrections and Community Supervision, Respondent. [996 NYS2d 202]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Stein, McCarthy, Devine and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.